## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Allen Faulkner a/k/a John A. Faulkner a/k/a John Faulkner<br>    Brittney Lee Faulkner a/k/a Brittney L. Faulkner a/k/a Brittney Faulkner<br>                     Debtor(s) | BK NO. 24-01697 MJC<br><br>Chapter 7 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES LLC and index same on the master mailing list.

                                              Respectfully submitted,

/s/ *Brent J. Lemon*
      Brent Lemon
      06 Aug 2024, 16:23:30, EDT

      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322