Certificate Number: 17572-PAM-DE-038943141

Bankruptcy Case Number: 24-01697



17572-PAM-DE-038943141

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2024, at 6:25 o'clock PM PDT, John A Faulkner completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 7, 2024   By: /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title: Counselor