Certificate Number: 17572-PAM-DE-038943142

Bankruptcy Case Number: 24-01697


17572-PAM-DE-038943142

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on October 7, 2024, at 6:25 o'clock PM PDT, Brittney L Faulkner completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 7, 2024    By: /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title: Counselor