United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01697-MJC |
| John Allen Faulkner | Chapter 7 |
| Brittney Lee Faulkner | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Oct 29, 2024 | Form ID: 318 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Allen Faulkner, Brittney Lee Faulkner, 467 2nd St, Harveys Lake, PA 18618-7840 |
| 5629744 | | USCELLULAR, PO Box 64378, Saint Paul, MN 55164-0378 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 29 2024 22:39:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5630317 | + | EDI: AISACG.COM | Oct 29 2024 22:39:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5629719 | | EDI: GMACFS.COM | Oct 29 2024 22:38:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 5629718 | | EDI: GMACFS.COM | Oct 29 2024 22:38:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 5629721 | | EDI: CAPITALONE.COM | Oct 29 2024 22:38:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5629720 | | EDI: CAPITALONE.COM | Oct 29 2024 22:38:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5629723 | | EDI: WFNNB.COM | Oct 29 2024 22:39:00 | Comenity Bk/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5629722 | | EDI: WFNNB.COM | Oct 29 2024 22:39:00 | Comenity Bk/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 5629725 | | EDI: WFNNB.COM | Oct 29 2024 22:39:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5629724 | | EDI: WFNNB.COM | Oct 29 2024 22:39:00 | Comenity/Big Lots, PO Box 182120, Columbus, OH 43218-2120 |
| 5629727 | | EDI: WFNNB.COM | Oct 29 2024 22:39:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5629726 | | EDI: WFNNB.COM | Oct 29 2024 22:39:00 | Comenity/MPRC, PO Box 182120, Columbus, OH 43218-2120 |
| 5629728 | | EDI: LCIICSYSTEM | Oct 29 2024 22:38:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5629729 | | EDI: LCIICSYSTEM | Oct 29 2024 22:38:00 | Ic Systems, Inc, Attn: Bankruptcy, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5629730 | | Email/Text: bk@lendmarkfinancial.com | Oct 29 2024 18:40:00 | Lendmark Financial Services, 2118 Usher St NW, |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| | | | Covington, GA 30014-2434 |
| 5629731 | Email/Text: bk@lendmarkfinancial.com | Oct 29 2024 18:40:00 | Lendmark Financial Services, Attn: Bankruptcy, 1735 N Brown Rd, Ste 300, Lawrenceville, GA 30043-8228 |
| 5629733 | Email/Text: bankruptcy@marinerfinance.com | Oct 29 2024 18:40:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5629732 | Email/Text: bankruptcy@marinerfinance.com | Oct 29 2024 18:40:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5629734 | EDI: AGFINANCE.COM | Oct 29 2024 22:38:00 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5629735 | EDI: AGFINANCE.COM | Oct 29 2024 22:38:00 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5629737 | Email/PDF: ebnotices@pnmac.com | Oct 29 2024 18:49:03 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5629736 | Email/PDF: ebnotices@pnmac.com | Oct 29 2024 18:48:55 | Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5629739 | Email/Text: enotifications@santanderconsumerusa.com | Oct 29 2024 18:40:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5629738 | Email/Text: enotifications@santanderconsumerusa.com | Oct 29 2024 18:40:00 | Santander Consumer USA, Inc, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5629741 | EDI: SYNC | Oct 29 2024 22:38:00 | Synchrony Bank/Hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5629740 + | EDI: SYNC | Oct 29 2024 22:38:00 | Synchrony Bank/Hhgregg, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5629742 + | EDI: SYNC | Oct 29 2024 22:38:00 | Synchrony Bank/Sams, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5629743 | EDI: SYNC | Oct 29 2024 22:38:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 31, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2024 at the address(es) listed

**below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Brittney Lee Faulkner MyLawyer@JPPLaw.com<br>g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 1 John Allen Faulkner MyLawyer@JPPLaw.com<br>g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Lisa Ann Rynard | larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | John Allen Faulkner<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1342<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Brittney Lee Faulkner<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4277<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:24–bk–01697–MJC | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Allen Faulkner
aka John A. Faulkner, aka John Faulkner

Brittney Lee Faulkner
aka Brittney L. Faulkner, aka Brittney Faulkner

10/29/24

**By the court:**

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2